# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RODNEY N. MCCAULEY,** | ) | 8:14CV414 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **KENT ENGELHARDT,** | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis (Filing No. 2). Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis. Accordingly,

IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint will be filed without payment of fees.

DATED this 29th day of December, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge